**STATE of Missouri, Respondent,**

v.

**Andre HARVEY, Sr., Appellant.**

**No. WD 59787.**

Missouri Court of Appeals,
Western District.

Oct. 23, 2001.

Irene C. Karns, Asst. Public Defender, Columbia, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, Attorney for Respondent.

Before SPINDEN, C.J.,
BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM.

Andre Harvey, Sr., was convicted of violating an Order of Protection and sentenced to four years imprisonment as a persistent misdemeanor offender. On appeal, Harvey asserts the trial court erred in failing to grant a mistrial *sua sponte*, when the State cross-examined him about a prior conviction. We affirm. Rule 30.25(b).